IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KARA VICTORIA HARRISON,

        Plaintiff,

v.

UNITED STATES OF AMERICA and
GROUP HEALTH COOPERATIVE OF EAU CLAIRE,

        Defendants.

ORDER

16-cv-455-slc

    In an order entered on May 5, 2017, this court granted the motion of Attorney Patrick C. Miller to withdraw his representation of plaintiff, Kara Victoria Harrison due to Harrison's failure to respond to counsel's communications. *See* dkt 18. The court gave Harrison until May 15, 2017 to report in writing whether she intended to continue litigating this case and directed attorney Miller to send a copy of the order to Harrison's last known address. Plaintiff was warned that if she failed to respond to the May 5 order, then the court would dismiss this case with prejudice for her failure to prosecute it. It is now June 5, 2017 and plaintiff has not filed a response to the order or otherwise been in contact with the court. Accordingly, this case will be dismissed with prejudice.

ORDER

    It is ORDERED that plaintiff Kara Victoria Harrison's complaint is DISMISSED with prejudice for plaintiff's failure to prosecute it. The clerk of court is directed to enter judgment in favor of defendants and close this case.

    Entered this 5th day of June, 2017.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge