IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KARA VICTORIA HARRISON,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                                    Case No. 16-cv-455-slc

UNITED STATES OF AMERICA and
GROUP HEALTH COOPERATIVE OF
EAU CLAIRE,

    Defendants.

---

    This action came for consideration before the court with District Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff Kara Victoria Harrison's failure to prosecute it.

| /s/ | 6/5/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |